

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-30-2008

# USA v. Green

Precedential or Non-Precedential: Precedential

Docket No. 06-2468

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Green" (2008). *2008 Decisions.* Paper 4.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/4

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-2468

———————

UNITED STATES OF AMERICA,

v.

ARTEGA GREEN,

Appellant

———————

O R D E R

———————

BEFORE: AMBRO, CHAGARES  and COWEN, <u>Circuit Judges</u>

The panel hereby grants the Petition for Panel Rehearing and vacates the Opinion

filed on September 2, 2008.

BY THE COURT,


/s/ Robert E. Cowen
Circuit Judge


Dated: December 30, 2008
tmm/cc: Robert F. Kravetz, Esq.
          Stephen P. Patrizio, Esq.